# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3250
LT Case No. 2022-CF-000714-A

_____

MARK MOORE JANIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Robin A.
Compton, Assistant Public Defender, Daytona Beach, for
Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————